IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY S. HAMPTON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-265-wmc

CAROL HOLINKA,

    Respondent.

---

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent Carol Holinka dismissing Gregory Hampton's petition for a writ of habeas corpus.

_____      8/13/2010
Peter Oppeneer, Clerk of Court     Date